Chandler, Sheperd, Heiskell & Williams, of Memphis, Tenn., for appellant..

Berry C. Williams and Day Sugg, both of Fayetteville, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal has been duly considered upon complete oral argument and upon the record and briefs, and it appearing that the trial judge ruled correctly in conformity with Tennessee law that the action is not barred in the circumstances of the case by the release signed by the appellee for the insignificant consideration of fifty dollars, which was seasonably retendered and returned at the trial; and it appearing also that in the circumstances disclosed the action of appellee is not barred under Tennessee law by her continuing to ride in appellant's bus with knowledge that the bus driver was drunk, or by her riding beyond Fayetteville, Tennessee; and it further appearing that the district judge correctly and adequately instructed the jury as to the applicable principles of law, that there is substantial evidence to support the verdict of the jury, and that no reversible error is

revealed in the record: The judgment for $5,250 damages entered in the district court on the verdict of the jury is affirmed.

## DIXIE GREYHOUND LINES, Inc., v. Mrs. L. B. SULLIVAN.

### No. 10710.

United States Court of Appeals
Sixth Circuit.
Dec. 16, 1948.

A. Longstreet Heiskell, of Memphis, Tenn., for appellant.

Hugh Stanton and John Colton, both of Memphis, Tenn., for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This appeal coming on to be heard on full oral argument, and the record and briefs filed herein having also been duly considered; and it appearing that an issue of fact for the jury was presented, that there is substantial evidence to support the verdict, and that there is no reversible error apparent in the record: The judgment of the district court entered on the verdict of the jury is affirmed.